UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DEBRA HARRIS | CIV. ACTION NO. 3:21-01280 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JASON HILL, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant, St. Francis Medical Center, Inc.'s motion to dismiss for failure to state a claim upon which relief can be granted [doc.# 7] is GRANTED, and that Plaintiff's claims against said Defendant only are hereby DISMISSED with prejudice, in their entirety.  FED. R. CIV. P. 12(b)(6).

IT IS FURTHER ORDERED that Defendant, St. Francis Medical Center, Inc.'s associated request for an award of attorney's fees and costs [doc. # 7] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant, Jason Hill, pursuant to Title VII and the Louisiana Employment Discrimination Law, only, are hereby DISMISSED with prejudice.

Monroe, Louisiana, this 29th day of July 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE